IN THE SUPREME COURT OF THE STATE OF DELAWARE

ABDUL WHITE            §
                       §
Defendant Below, Appellant,   §      No. 367, 2022
                       §
v.                     §      Court Below:  Superior Court
                       §      of the State of Delaware
STATE OF DELAWARE,     §
                       §      I.D. No.  1508010489(K)
Appellee.              §

Submitted:  April 19, 2023
Decided:  May 4, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## O R D E R

This 4th day of May 2023, having considered this matter on the briefs of the parties

and the record below, and having concluded that the same should be affirmed on the basis

of and for the reasons assigned by the Superior Court in its Order dated August 31, 2022;

NOW THEREFORE, IT IS HEREBY ORDERED that the decision of the Superior

Court be and the same hereby is AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice